M-10-1107

JAP:RMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    against -

JEREMIE SHENEMAN,

           Defendant.

- - - - - - - - - - - - - - - - -X

REMOVAL TO THE NORTHERN
DISTRICT OF INDIANA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

    MARK DIGAETANI, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

    Upon information and belief, on September 9, 2010, an arrest warrant was issued by the United States District Court for the Northern District of Indiana, commanding the arrest of the defendant JEREMIE SHENEMAN, who has been indicted on charges of committing and aiding and abetting wire fraud, contrary to Title 18, United States Code, Sections 1343 and 2.

    The source of your deponent's information and the grounds for his belief are as follows:

    1.    On September 9, 2010, an arrest warrant was issued by the United States District Court for the Northern District of Indiana, commanding the arrest of the defendant JEREMIE SHENEMAN, who has been indicted on charges of committing and aiding and abetting wire fraud, contrary to Title 18, United States Code,

2

Sections 1343 and 2. A copy of the arrest warrant and indictment from the Northern District of Indiana are attached hereto.

2. Subsequent to the issuance of the arrest warrant, we received a request from agents in Indiana that we arrest the defendant JEREMIE SHENEMAN, who resides in the Eastern District of New York. The documentation sent in conjunction with that request included a color photograph of SHENEMAN from the Indiana Bureau of Motor Vehicles, along with the specific address of SHENEMAN's residence in Queens, New York.

3. On or about September 23, 2010, other agents and I knocked on the door of that residence. We identified ourselves as federal agents to the individual who answered, and he confirmed that the defendant JEREMIE SHENEMAN was inside and directed us to SHENEMAN's room. Inside that room, we found an individual whose appearance matched the photograph of SHENEMAN provided by agents in Indiana. The individual also confirmed that his name is "Jeremie Sheneman."

4. It is the desire of the United States Attorney for the Northern District of Indiana that the defendant JEREMIE SHENEMAN be removed in custody to that district for prosecution.

WHEREFORE, it is requested that the defendant JEREMIE SHENEMAN be dealt with according to law.

*[signature]*
MARK DIGAEMTANI
Special Agent
Federal Bureau of Investigation

Sworn to before me this
23rd day of September, 2010

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK